IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

MAY 2 6 2026

IN THIS OFFICE
Cert U.S. District Court
Greensboro, N. C.
By _____

UNITED STATES OF AMERICA      :

v.      :      1:26CR 114 -1

ZAKEE FARRAKHAN MUHAMMAD SHAW   :

The Grand Jury charges:

On or about November 30, 2025, in the County of Durham, in the Middle District of North Carolina, ZAKEE FARRAKHAN MUHAMMAD SHAW knowingly did possess in and affecting commerce a firearm, that is, a Ruger .380 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in this Indictment, the defendant, ZAKEE FARRAKHAN MUHAMMAD SHAW, shall forfeit to the

United States, pursuant to Title 18, United States Code, Section 924(d), all right, title and interest in and to any firearm or ammunition involved in or used in the commission of the offense.

3. The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following:

a. Ruger, model LCP, .380 caliber handgun, serial number 371867725; and

b. Six rounds of assorted ammunition.

All in accordance with Title 18, United States Code, Section 924(d), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: May 26, 2026

DAN BISHOP
United States Attorney

BY: CHASE H. STEVENS
Assistant United States Attorney

A TRUE BILL:

FOREPERSON